**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER WITHDRAWING MEDIATION ORDER**

Appellate case name:          In the Estate of Robert Jerry Brazda, Deceased

Appellate case number:      01-18-00324-CV

Trial court case number:     413,348

Trial court:                         Probate Court No. 2 of Harris County

On June 11, 2019, the court issued a mediation order identifying this appeal as one potentially appropriate for mediation. The parties were permitted to object to mediation. *See* TEX. CIV. PRAC. & REM. CODE § 154.022(b). Appellant Brooks Brazda has objected to mediation. The court's June 11, 2019 mediation order is therefore **withdrawn**.

It is so **ORDERED**.

PER CURIAM

The panel consists of Chief Justice Radack and Justices Higley and Hightower.

Date: July 2, 2019